## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## YOUNGSTOWN DIVISION

| | |
|---|---|
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>                    Defendants. | Case No.  4:21-CV-1021<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff FNY Managed Accounts LLC brings this class action (the "Action") for violations of Sections 10(b), 20A and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against electric vehicle ("EV") company Lordstown Motors Corp. ("Lordstown" or the "Company"), formerly known as DiamondPeak Holdings Corp. ("DiamondPeak") and certain senior executives of the Company[1] on behalf of itself and a class consisting of all persons or entities that purchased or otherwise acquired Lordstown securities from August 3, 2020 through March 24, 2021, inclusive (the "Class Period"), and were damaged thereby (the "Class").

Plaintiff's allegations are based upon personal knowledge as to itself and its own acts and upon information and belief as to all other matters. Plaintiff's information and belief is based on an investigation conducted by and through Plaintiff's counsel, which included, among other things,

---

[1] These Defendants are Lordstown's Chief Executive Officer ("CEO") and Chairman of the Board of Directors Stephen S. Burns ("Burns"), its President Rich Schmidt ("Schmidt"), the Company's Chief Financial Officer Julio Rodriguez ("Rodriguez"), Chief Production Officer Shane Brown ("Brown") and Chief Engineer Darren Post ("Post").

consultation with experts and a review of public filings with the U.S. Securities and Exchange Commission ("SEC"), press releases, investor presentations, earnings calls, analyst research and media reports concerning Lordstown.

Counsel's investigation into the facts supporting the claims alleged herein continues, and many of the relevant facts are known only to Defendants, or are exclusively within Defendants' custody or control. Plaintiff believes that substantial additional evidentiary support for the allegations set forth herein will be uncovered after a reasonable opportunity for further investigation and discovery.

## I.     INTRODUCTION

1.      This case arises from an admitted fraudulent scheme, considered one of the "***biggest electric vehicle scams in history,***"[2] in which fledgling shell entity Lordstown – with no assets, business operations or products – and its senior executives issued shares of the Company to the investing public via a sham merger transaction, purportedly to develop EVs.  In selling the sham transaction, Defendants portrayed Lordstown as a "top-tier electric truck company" that was "uniquely positioned to be a leader in the industry" through the immediate roll-out and scaling of production of its "revolutionary" flagship product, the Endurance EV, for which Lordstown had purportedly received more than "27,000 pre-orders [] representing over $1.4 billion of potential revenue."  Following the merger, Defendants doubled down on these representations, stating in December 2020 that the Company had "50,000 preorders already well in advance of what we thought we would have."  By the end of December, Lordstown claimed it had received "80,000 non-binding reservations for the Endurance to date" and in January the Company claimed it had received 100,000 Endurance pre-pre-orders which was "unprecedented in automotive history."

---

[2] *See* https://techstartups.com/2021/05/08/biggest-electric-vehicle-scam-history-lordstown-motors-ev-startup-valued-5-3-billion-now-sec-investigation-alleged-100000-fake-preorders-zero-car-delivery/

2.      As was later revealed to investors:

- Endurance's "pre-orders" – the key measure in evaluating an EV's long-term business prospects – were completely fabricated;

- The Company had paid a consulting group $50 per lead to place fake pre-orders for the Endurance;

- Lordstown had licensed its hub motors from a tiny Slovenian company with limited resources and no history of success in hub motor development or production;

- The hub motor technology was subject to significant undisclosed execution risks which posed significant threats to the development and rollout of the Endurance;

- The Company had not developed its intellectual property in-house, as it claimed, but stole it from Karma Automotive ("Karma") that is itself subject to pending litigation;

- Lordstown's announced production target of September 2021 was unrealistic because the Company lacked the technology and expertise to develop the product in that timeframe, and indeed is still making fundamental modifications to the Endurance, having built fewer than 10 prototypes to date;

- The Endurance has not yet completed major testing as required by the Federal Motor Vehicle Safety Standards ("FMVSS") by the National Highway Traffic Safety Administration ("NHTSA"); and

- As late as January 13, 2021, the Endurance test vehicle caught fire ten minutes after the test began, resulting in its total destruction and necessitating a call to 911.

3.      Defendants have since admitted that many of their prior claims regarding the Endurance were false when made.  For example, during an interview with CNBC on March 18, 2021, Defendant Burns *admitted* the Company did not "have a product yet" (even though the Company specifically said it had a "near-production ready" plant and it "Remain[ed] on Track to Begin Production of the Lordstown Endurance in September 2021") and "by definition we can't have orders," and contended that he "never said we have orders."  Defendant Burns further stated

that "preorders did exactly what they were supposed to do.  Gauge interest.  Nobody knew if fleets would buy an electric pickup truck.  It was completely unknown science, no data around it."  Defendant Burns concluded, "I don't think anybody thought we had actual orders.  That's just not the nature of this business."  Nothing could be further from the truth.

4.      Defendants' misrepresentations and omissions concerning the Endurance caused Lordstown's stock price to increase from $18.97 on October 26, 2020, the first day of trading, to a high of $30.75 on February 11, 2021.  While Lordstown's stock price was trading at near all-time highs, Defendants Schmidt, Brown, Post and Rodriguez sold *249,820* shares of Lordstown common stock at an average price of $26.02 for a total profit of *$8,597,813*.  These sales represented the vast majority of their holdings of Lordstown common stock.  Among the senior executives were the Company's Chief Production Officer Defendant Brown and its Chief Engineer Defendant Post who were intimately involved with the design, development, production and roll-out of the Endurance and unquestionably had insider knowledge that Lordstown's Class Period statements were false when made.  By selling their shares while in possession of material non-public information and prior to the revelation of the truth, these Defendants avoided losses of approximately $5,754,861 based on Lordstown's $11.38 per share stock price at the end of the Class Period.

5.      When the fraud was ultimately revealed, the Company's stock price collapsed, and public investors lost hundreds of millions of dollars.  The Company is now the subject of a wide-ranging SEC investigation into its fraudulent statements concerning its purported capabilities and its illicit reporting practices.

6.      On February 12, 2021, Morgan Stanley analyst Adam Jonas initiated coverage on Lordstown and publicly questioned Defendants' statements concerning the commercial viability

of hub motor technology. Specifically, Jonas remarked that Lordstown's "radical" new hub motor technology "has never been commercialized" and "following a series of channel checks on the propulsion tech, we believe investors would be exposed to significantly elevated execution risk." Jonas assigned Lordstown an overweight rating with a price target of $18. On this news, the price of Lordstown's common stock decreased 13.34% per share, or $3.84, from $30.75 per share on February 11, 2021 to close at $26.91 per share on February 12, 2021.

7.       In a concerted effort to prop up Lordstown's stock price and dispel Morgan Stanley's reports, on February 17, 2021 Lordstown announced *the Endurance beta skateboard* would be participating in the 2021 SCORE International San Felipe 250 desert race in Baja, California. In the Company's press release announcing the entry, Defendant Burns was quoted as saying "We feel that it is quite a significant milestone for the electric vehicle community that an electric pickup truck can compete in an environment as demanding as Baja California" and that "*Our goal is to be the first electric vehicle* to ever complete the San Felipe 250, and with the superior traction, weight balance and advanced software control *of our hub motor-based Endurance*, we are confident that we will do just that." On March 5, 2021, the Company announced it would partner with noted off-road engineering and fabrication company Brenthel Industries ("Brenthel") in this effort. In reality though, Brenthel built the entire vehicle from the ground up based on Brenthel's revolutionary Gen 3 off-road desert race truck design. In reality it was not the Lordstown Endurance EV or "skateboard" – as Lordstown proclaimed – but a Brenthel race truck that was modified to accommodate the hub motors, battery and Electronic Control Unit provided by Lordstown that competed in the San Felipe 250. Even the below advertisement promoted by Lordstown on social media is materially misleading – Brenthel built the entire truck

that competed in the San Felipe 250, they did not only provide "the proper safety and driver training to compete in the San Felipe 250" as the advertisement asserts.



8.    On April 19, 2021, *The Drive* reported that the Endurance had completed only 40 miles of the Baja 250 race before withdrawing from the competition due to battery consumption problems, despite Lordstown's prior representations that the Endurance had "superior" features including "advanced software control" of its hub motor.  The Company issued a press release attempting to explain the reason for its failure, stating: "our data showed consumption at 4 times the normal level. As we recharged for stage 2, we concluded that the next leg – more than 65 miles at net 1,750 ft. elevation – could result in our vehicle stopping in the middle of mountainous terrain

with no viable or accessible charging options, so we decided not to send the vehicle back out on the course."

9.      On March 12, 2021, analyst firm Hindenburg Research ("Hindenburg") released a report entitled "*The Lordstown Motors Mirage: Fake Orders, Undisclosed Production Hurdles, And A Prototype Inferno*."  Among other things, the report revealed, based on interviews with employees, experts and analysts, that:  (a) thousands of Lordstown pre-orders were fabricated and were placed by individuals and companies without the financial means to purchase large orders of Endurance trucks; (b) Defendants paid a consulting group to generate artificial demand for Endurance pre-orders; (c) on January 13, 2021, the first Endurance road test resulted in the vehicle spontaneously bursting in to flames and disintegrating; (d) Lordstown had built fewer than 10 prototypes as of March 2021 and was at least 3-4 years away from beginning production; and (e) Lordstown misrepresented the development of its hub motor and battery technology.  On this news, the price of Lordstown common stock fell approximately 16.5% in one day, down from its March 11, 2021 closing price of $17.71 to a March 12, 2021 close of just $14.78, costing investors hundreds of millions of dollars in market value.

10.     On March 17, 2021, Defendant Burns disclosed during an earnings call with analysts that Lordstown had "*received requests for information from the Securities [and] Exchange Commission*" and that the "*Board of Directors has formed a special committee to review these matters*."  On this news, the stock fell approximately another 9%, from $15.09 per share on March 15, 2021 to close at $13.01 per share on March 17, 2021.

11.     Shortly thereafter, on March 24, 2020, Hindenburg published additional photographs of the Endurance EV truck after it broke down and had to be loaded on to a tow truck during the filming of a commercial that had been aired just days prior to the business combination.

On this news, the price of Lordstown's common stock declined from $12.59 per share on March 23, 2021 to $11.38 per share on March 24, 2021, a decrease of $1.21 per share.

12.     All told, Defendants' misrepresentations and subsequent disclosure concerning the Endurance cost Lordstown investors more than ***$1.1 billion*** in value.  As of the market close on May 13, 2021, the Company's stock was trading at $6.98 per share.

## II.     JURISDICTION AND VENUE

13.     The federal claims asserted herein arise under §§ 10(b), 20A and 20(a) of the Exchange Act, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5, as well as under the common law.

14.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and § 27 of the Exchange Act, 15 U.S.C. § 78aa.

15.     This Court has jurisdiction over each Defendant named herein because each Defendant is an individual or corporation who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

16.     Venue is proper in this District pursuant to § 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1931(b), as the Company's headquarters are located within this District.

17.     In connection with the acts, omissions, conduct and other wrongs in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## III.     PARTIES

18.     Plaintiff FNY Managed Accounts LLC purchased shares of Lordstown common stock at artificially inflated prices during the Class Period and was damaged thereby.

19.     Defendant Lordstown is an automotive company founded for the purpose of developing and manufacturing light duty electric trucks targeted for sale to fleet customers. The Company's purported flagship vehicle is the Endurance, an electric full-size pickup truck. Shares of Lordstown common stock trade on the NASDAQ stock exchange under the ticker "RIDE." The Company's headquarters are located at 2300 Hallock Young Road, Lordstown, Ohio 44481. Lordstown is incorporated under the laws of the State of Delaware.

20.     Defendant Stephen S. Burns has served as Lordstown's Chief Executive Officer and Chairman of the Board of Directors since the Company's inception.

21.     Defendant Rich Schmidt has served as Lordstown's President since November 2020, and prior to that, was Lordstown's Chief Production Officer since October 2019.

22.     Defendant Julio Rodriguez has served as Lordstown's Chief Financial Officer since September 2019.

23.     Defendant Shane Brown has served as Lordstown's Chief Production Officer since November 2020.

24.     Defendant Darren Post has served as Lordstown's Chief Engineer since November 2019.

25.     Collectively, Defendants Burns, Schmidt, Rodriguez, Brown and Post are referred to throughout this complaint as the "Individual Defendants."

IV.     **SUBSTANTIVE ALLEGATIONS**

A.     **Background of the Business Combination**

26.     Lordstown was founded by Defendant Burns following his ouster from fellow electric vehicle manufacturer Workhorse Group in 2019.  Following the November 2018

announcement by General Motors Company ("General Motors") that it planned to shutter its factory in Lordstown, Ohio, Defendant Burns launched a plan to purchase the Lordstown plant and hire former General Motors line workers to manufacture electric vehicles under the Lordstown brand.

27.     In November 2019, Lordstown announced it had entered into an agreement to purchase the Lordstown plant financed by a $40 million dollar loan agreement with General Motors. The agreement provided that General Motors would lend Lordstown $40 million to underwrite a substantial portion of the purchase of the General Motors Lordstown assembly plant. Lordstown assumed ownership of the plant on November 7, 2019.

28.     The Class Period begins on August 3, 2020, when Lordstown and DiamondPeak announced that they had entered into a definitive merger agreement through which, upon closing, the combined company would remain listed on the NASDAQ stock exchange under the new ticker symbol "RIDE." DiamondPeak was setup as a SPAC, whose shares previously traded on the NASDAQ stock exchange under the ticker symbol "DPHC."

29.     The August 3, 2020 release provided, in relevant part that the transaction valued Lordstown "at an implied $1.6 billion pro forma equity value," and that the transaction as expected to deliver approximately $675 million in gross proceeds. The release announced that the transaction was expected to close in the fourth quarter of 2020.

30.     In this August 3, 2020 announcement, Defendant Burns stated:

> We are thrilled with the opportunity to build Lordstown Motors into a top-tier electric truck company that is highly differentiated from the competition. We are uniquely positioned to be a leader in the industry, with our first vehicle, the revolutionary Lordstown Endurance. *Our all-electric full-size pickup truck delivers the equivalent of 75 miles per gallon* and has been systematically engineered and competitively priced specifically for the large commercial fleet market, which includes companies in

> manufacturing, contracting, utilities, transportation and delivery, and agriculture, among others. *Since its unveiling just over a month ago, the Endurance has been met with enthusiastic support, and to date, **we have secured $1.4 billion of pre-orders**. Our platform is rooted in sustainability, and the entire Lordstown team is committed to ensuring we contribute to a healthier planet for generations to come.

31.     The August 3, 2020 release further provided that "Lordstown unveiled the prototype of its flagship Endurance pickup truck on June 25, 2020, and to date, has received more than 27,000 pre-orders for the vehicle representing over $1.4 billion of potential revenue, primarily from commercial fleet customers." The inclusion of the statement that the orders were "primarily from commercial fleet customers" is particularly misleading not only because those orders were faked by Lordstown, but also because it conveyed a sense of weight and stability to the pre-orders that simply did not exist.

32.     On October 22, 2020, DiamondPeak announced that at a special meeting, DiamondPeak's stockholders voted to approve all stockholder proposals necessary to complete the proposed business combination between DiamondPeak and Lordstown, with the merger expected to close on October 23, 2020, subject to satisfaction of customary closing conditions.

33.     On October 23, 2020, Lordstown and DiamondPeak announced the closing of the business combination, and that beginning on October 26, 2020, Lordstown shares would commence trading on NASDAQ under the symbol "RIDE," with Lordstown warrants trading under the symbol "RIDEW."

34.     In this announcement, Defendant Burns stated:

> We are proud of this momentous occasion. Electrification of the automotive industry is at an inflection point, and this transaction helps us play our part in this transformation . . . At Lordstown, we have built a differentiated company, and we look forward to combining our EV startup culture with the infrastructure and assets we already have in place in order to successfully achieve our production milestones.

-11-

Lordstown Motors, which unveiled the prototype of its flagship Endurance pickup truck in June 2020, remains on pace to commence commercial production in the second half of 2021 at its plant in Lordstown, Ohio. The Endurance's revolutionary use of an in-wheel hub motor design is expected to deliver superior performance, efficiency, and safety, while providing a significant reduction in total cost of ownership for commercial fleet owners. *We have a near production-ready plant and approximately $675 million in proceeds from this transaction, which is more than enough funding to get us through initial production.*

35. Lordstown announced it had completed the business combination with DiamondPeak and, on October 26, 2020, Lordstown's Class A shares and warrants began trading on the NASDAQ.

**B.     Following the Business Combination, Defendants Double Down on Their Misstatements About the Endurance and Lordstown's Insiders Sell Their Shares**

36. Following the business combination, Lordstown doubled down on the Company's supposed firm preorders for the Endurance, claiming on November 16, 2020 it had received 50,000 pre-orders and that the vehicle had "already achieved a 5-star crash test rating via software crash simulation." Similarly, Defendants claimed at a December 2, 2020 Credit Suisse conference that Lordstown had "50,000 preorders already well in advance of what we thought we would have." Just three weeks later, on December 21, 2020, Lordstown filed an 8-K with the SEC in which it claimed it had "***received 80,000 non-binding reservations for the Endurance to date***" and that the "***Company remained on track to begin production of the Endurance in September 2021***."

37. Three weeks later, on January 11, 2021, Lordstown issued a press release claiming it had received 100,000 Endurance preorders from commercial fleets and characterized the preorders as "unprecedented in automotive history." The doubling down on prior misstatements that the orders were "***primarily from commercial fleet customers***" is particularly misleading not

only because those orders were faked by Lordstown , but also because it conveyed a sense of weight and stability to the pre-orders that simply did not exist.

38.     On January 28, 2021, Lordstown issued a press release providing business updates, and stating that the Company was "Prepar[ing] Ohio Factory to Begin Building Betas Next Month." Defendant Burns stated that "[w]e are hard at work in the factory preparing to begin Beta builds in the coming weeks," and that "[w]ith this step on the horizon, we remain on track to meet our September start-of-production timeline while continuing to see indicators of strong demand for an all-wheel drive, full-size electric pickup truck with 250 miles of range from commercial, government and military fleets."

39.     While the price of Lordstown's common stock was artificially inflated, on February 4, 2021, Company insiders unloaded hundreds of thousands of shares of Lordstown common stock into the secondary market, as follows:

| Insider | Date | Price | Shares Sold | Total Proceeds |
|---|---|---|---|---|
| Defendant Schmidt | 2/2/2021 | $25.23 | 211,512 | $5,336,530.00 |
| Defendant Brown | 2/4/2021 | $24.63 | 19,008 | $468,183.00 |
| Defendant Post | 2/4/2021 | $27.21 | 10,000 | $2,521,000.00 |
| Defendant Rodriguez | 2/4/2021 | $27.00 | 9,300 | $272,100.00 |
| | | **Total** | **249,820** | **$8,597,813.00** |

**C.     Morgan Stanley Concludes Lordstown's Hub Motor Technology is Subject to Significant Execution Risk and the Company Responds with Countervailing Statements About the San Felipe 250 Race**

40.     Less than two weeks after Defendants' insider sales, on February 12, 2021, the truth concerning Lordstown's business operations was partially revealed when Morgan Stanley analyst Adam Jonas initiated coverage on Lordstown and publicly questioned the Company's ability to both develop and scale up production of the hub motor technology. Specifically, Jonas

remarked that Lordstown's "radical new hub-motor technology (licensed from Elaphe of Slovenia) has never been commercialized at scale in the light vehicle market. In our opinion, it's a good concept, but following a series of channel checks on the propulsion tech, we believe investors would be exposed to significantly elevated execution risk." Jonas assigned Lordstown an overweight rating with a price target of $18. On this news, the price of Lordstown's common stock decreased 13.34% per share, or $3.84, to close at $26.91.

41.     On February 17, 2021 **Lordstown announced the Endurance beta skateboard would be participating in the 2021 SCORE International San Felipe 250 desert race in Baja, California**. In the Company's press release announcing the entry, Defendant Burns was quoted as saying "We feel that it is quite a significant milestone for the electric vehicle community that an electric pickup truck can compete in an environment as demanding as Baja California" and that "Our goal is to be the first electric vehicle to ever complete the San Felipe 250, and with the superior traction, weight balance and advanced software control of our hub motor-based Endurance, we are confident that we will do just that." .

42.     On March 5, 2021, the Company announced it would **partner** with Brentel – dwith Brenthel providing "the proper safety and driver training to compete in the San Felipe 250." In reality though, Brenthel built the entire vehicle that competed in the San Felipe 250 from the ground up based on Brenthel's revolutionary Gen 3 off-road desert race truck design. It was not the Lordstown "skateboard" – as Lordstown proclaimed – but a Brenthel race truck that was modified to accommodate the hub engines, battery and Electronic Control Unit provided by Lordstown that competed in the San Felipe 250. In this regard, photos from Brenthel's Instagram reveal the truth about who built the truck that competed in the San Felipe 250. In this regard, the Brenthel design was modified to accommodate the below battery pack to Brenthel. Ironically the

comments reflect the issue that caused the truck to fail—the battery was massive and the combination of its massive size and weight coupled with the fact it could not hold a charge beyond 40 miles (and it could not be recharged during the race) caused the truck to fail just 40 miles into the race. Of course, the Brenthel built and designed race truck was more than up to the task (in fact Brenthel built gas powered race trucks finished on the podium for this race as they have in so many others), but the Lordstown components installed on the truck Brenthel built for them failed almost before the race started. Ironically, the other EV truck in the race—a home-made system—actually finished the race (albeit over the official allotted time), underscoring just how far Lordstown's components and system was from production much less being ready for actual use in a truck on or off road.

43.     Among others, the below photos demonstrate the progress of Brenthel's build:

- The massive battery pack and related comments.



-15-

- The Brenthel-built chassis and race suspension and related comments noting the adoption of the hub motors and related wiring.



Brenthel later posted a photograph of the completed build that was branded as a Lordstown truck by Lordstown as if it was actually the Endurance, when in fact the entire truck was constructed by Brenthel. The Brenthel posts above reveal the truth—that Lordstown provided only hub motors, wiring harness, ECU and battery pack for Brenthel to install. (And, of course as we now know, the in-wheel hub motor technology was not proprietary, but was licensed by Lordstown from a small Slovenian company Elaphe, and Lordstown had no proprietary battery configuration and no battery specific patents, but instead apparently relied on Tesla's open-source patents from the Model 3. No question that Brenthel built an amazing truck—but it is the Brenthel-built truck and not the so-called Lordstown Endurance that competed in the San Felipe 250 as falsely claimed by Lordstown.



44.     On April 19, 2021, *The Drive* reported that the Endurance had completed only 40 miles of the Baja 250 race before withdrawing from the competition due to battery consumption problems.  In response to this report, Lordstown issued a press release attempting to explain the reason for its failure and the dramatic difference between its previous representations and its actual capabilities, stating:

> In our pre-race estimates, we assumed a 3X energy usage compared to normal road conditions at 200 ft. elevation. Following stage 1, however, our data showed consumption at 4 times the normal level. As we recharged for stage 2, we concluded that the next leg – more than 65 miles at net 1,750 ft. elevation – could result in our vehicle stopping in the middle of mountainous terrain with no viable or accessible charging options, so we decided not to send the vehicle back out on the course.

**D.      Hindenburg Releases a Report Confirming Morgan Stanley's Findings and Disclosing Lordstown's Pre-Orders Are Fabricated**

45.     On March 12, 2021, analyst firm Hindenburg Research published a report entitled

*"The Lordstown Motors Mirage: Fake Orders, Undisclosed Production Hurdles, and a Prototype*

*Inferno*." The Hindenburg report revealed to investors, based on interviews with former employees, business partners and internal Company documents, that Lordstown's book of 100,000 pre-orders was fictitious and used by the Company as a mechanism to raise capital and confer legitimacy.

46.     Specifically, Hindenburg reported that "[f]ormer employees and litigation records reveal that in order to raise capital and confer credibility, [Defendant] burns began paying consultants for every truck pre-order as early as 2016 while he was serving as CEO at Workhorse. Later, heading into Lordstown's eventual go-public transition in 2020, a small consulting group called Climb2Glory was paid to generate pre-orders." Indeed, "[o]ne company rep that committed to buy 40 trucks through Climb2Glory told us: '. . . I'm not committed to anything, not to buying a single vehicle. I committed to consider buying vehicles. I'd have a lot of questions before I commit to anything." Moreover, "a representative for the City of Ravenna told us about its preorder" that "[t]he commitment of that size (15) is totally impossible."

47.     Hindenburg further wrote that "[m]ultiple former senior employees who have worked with [Defendant] Burns openly described him as a 'con man,' or a 'PT Barnum' figure. One senior employee told us that, while working with [Burns] for a couple of years, they saw more questionable and unethical business practices than they had seen in their entire career."

48.     Not only did Hindenburg report that Lordstown's pre-orders were overstated and misleading, but it also stated:

> • "Despite claims that Lordstown will be producing vehicles by September, a former employee explained how the company is experiencing delays and making "drastic" design modifications, putting them an estimated 3-4 years away from production. For example, in mid-January the company "totally switched from a plastic exterior to aluminum," we were told;"

- "Despite claims that battery packs would be manufactured in-house, we were told that the equipment is months away from arriving, let alone being put into a production environment.  In the meantime, we were told that battery packs are being put together by hand;"

- "Former employees also shared that the company has completed none of its needed testing or validation, including cold weather testing, durability testing, and Federal Motor Vehicle Safety Standards (FMVSS) testing required by the NHTSA;" and

- "In January 2021, Lordstown's first street road test resulted in the vehicle bursting into blames 10 minutes into the test drive. We share copies of the 911 call and a police report we received through FOIA requests."

49.     Hindenburg further reported that:

Our research has revealed that Lordstown's order book consists of fake or entirely non-binding orders, from customers that generally do not even have fleets of vehicles.  According to former employees and business partners, CEO Steve Burns sought to book orders, regardless of quality, purely as a tool to raise capital and confer legitimacy. In addition, we show how, in desperation to claim there was demand for the proposed vehicle, [Burns] **paid for customers to book valueless, non-binding pre-orders.**

(Emphasis in original).

50.     The Hindenburg report quoted a former sales representative for the Lordstown

Endurance, who stated:

You're right to have some apprehension. I think the way it's being communicated especially to the media is probably not accurate. Everywhere I read is pre-orders, pre-orders, pre-orders. ***There's no such thing as a preorder. What they're doing is getting letters of intent and there is no commitment whatsoever.*** I could commit to 100,000 pre-orders or reservations but I have no commitment, no financial commitment, no nothing I hope they can get all 100,000 of them but I think that's extraordinarily unlikely.

(Emphasis in original).

51.     The Hindenburg report also included a quote from Climb2Glory's managing

partner, Pat Mangin, in a phone interview: "[b]ecause of the letters of intent from Climb2Glory

and some marketing, Diamond Group came to the table and they did the reverse merger. So our role was to help influence and acquire interest that would lead to investment. That was Climb2Glory's role." Mangin further explained that initially Climb2Glory represented the Endurance for "contract dollars," but later took a stake in Lordstown: "[w]e did get a significant amount of shares in the deal so what we do now is we still leverage our network."

52.     Hindenburg detailed numerous additional purported "pre-orders" that "appear similarly meaningless," including purported deals with First Energy, Momentum Groups, Summit Petroleum Inc., Mike Albert Fleet Solutions, Grid-X and the City of Ravenna.

53.     The Hindenburg report also detailed the events at the first road test for the Endurance: it burst into flames.  Hindenburg stated it obtained copies of the 911 call and a police report via Freedom of Information Act requests and the police report provided that "the vehicle was a 2021 Lordstown Endurance that had cleared testing inside of the facility," that "this was the first road test for the Endurance," and that the vehicle had been "driv[en] . . . for about ten minutes before it caught on fire."

54.     In its report, Hindenburg relayed its conversation with a former Lordstown employee "who was intimately familiar with the path toward production. They explained that Lordstown has built fewer than 10 prototypes so far, and that the company is still making extensive modifications." This former employee also detailed that in mid-January 2021, Lordstown "totally switched from a plastic exterior to aluminum" to reduce weight; the former employee called this change "drastic" and suggested that this would, as relayed by Hindenburg, "essentially restart any testing and validation process."

55.     This same former employee also explained that Lordstown had not completed any of its required testing and validation, including: "[c]old weather testing, which typically takes

about 3 months and had not begun"; "[a] 'million mile' test or similar durability test done by major automakers," which typically "requires 6 months of 24/7 testing"; or "[m]ajor testing required for the Federal Motor Vehicle Safety Standards (FMVSS) by the NHTSA."

56.     Finally, Hindenburg quoted a senior UAW leader, who worked for decades at the Lordstown plant for General Motors, as stating: "I know they're way behind. If nothing else went wrong then Covid threw them way behind . . . They can't fire up the old machines. Some of them they can. But everything else has to be reprogrammed and some of it has to be rebuilt." This union leader also stated: "It's not ready. It is not ready. They showed some stuff on TV in the body shop with the robots that do the welding. But if you never worked in a body shop you didn't realize they weren't working. They were moving but not welding. There were no sparks."

57.     On this news, the price of Lordstown common stock fell approximately 16.5% in one day, down from its March 11, 2021 closing price of $17.71 to a March 12, 2021 close of just $14.78. This represents hundreds of millions of dollars in lost market capitalization.

**E.     Lordstown Discloses an SEC Investigation**

58.     On March 17, 2021, after trading had closed, the Company held an earnings call on which Defendant Burns disclosed that Lordstown had received an inquiry from the Securities and Exchange Commission.

59.     Specifically, on the Company's first quarter 2021 earnings call, Defendant Burns stated that it had: "received requests for information from the Securities [and] Exchange Commission" and that the "Board of Directors has formed a special committee to review these matters."

60.     In the Company's annual report filed on Form 10-K, Lordstown disclosed further details regarding the SEC investigation: "On February 17, 2021, the Company received a request

from the SEC for the voluntary production of documents and information, including relating to the

merger between DiamondPeak and Legacy Lordstown and pre-orders of vehicles."

## V.  MATERIALLY FALSE AND MISLEADING STATEMENTS

61.     On August 3, 2020, in connection with the proposed business combination,

Lordstown published a press release touting the combination.  Among other things, the press

release quoted Defendant Burns as stating:

> We are thrilled with the opportunity to build Lordstown Motors into
> a top-tier electric truck company that is highly differentiated from
> the competition. We are uniquely positioned to be a leader in the
> industry, with our first vehicle, the revolutionary Lordstown
> Endurance. Our all-electric full-size pickup truck delivers the
> equivalent of 75 miles per gallon and has been systematically
> engineered and competitively priced specifically for the large
> commercial fleet market, which includes companies in
> manufacturing, contracting, utilities, transportation and delivery,
> and agriculture, among others. Since its unveiling just over a month
> ago, ***the Endurance has been met with enthusiastic support, and
> to date, we have secured $1.4 billion of pre-orders***. Our platform is
> rooted in sustainability, and the entire Lordstown team is committed
> to ensuring we contribute to a healthier planet for generations to
> come.

62.     This August 3, 2020 release further provided that "Lordstown unveiled the

prototype of its flagship Endurance pickup truck on June 25, 2020, and to date, has received more

than 27,000 pre-orders for the vehicle representing over $1.4 billion of potential revenue, primarily

from commercial fleet customers."

63.     During a conference call held that same day to discuss the proposed business

combination, Defendant Burns discussed Lordstown's purportedly revolutionary hub motor

technology, stating:

> We are uniquely positioned as a leader in the pickup truck industry
> with the revolutionary Lordstown Endurance, an all-electric full-
> size pickup truck that delivers the equivalent of 75 miles per gallon,
> total EV range of 250 miles and a towing capacity of an impressive
> 7,500 pounds. One of the most unique elements of the vehicle is its

innovative in-wheel drive system, the first of its kind in a commercial vehicle. Equipped with hub motors in each wheel, and seamlessly integrated with our software system, we are effectively able to deliver a motor and mind in each wheel – benefiting efficiency of the vehicle and driver experience. *This has long been sought after in the automotive industry, and we're excited to be the first to accomplish this major innovation. We appreciate the support by our world-class partners who are evidencing their confidence in this technology with significant pre-order activity.*

64.    The above statements were materially false and misleading when made and/or failed to disclose: (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not "accomplished" the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; and (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

65.    On October 8, 2020, DiamondPeak filed its definitive proxy statement on Form 14A with the SEC with respect to the business combination. The proxy statement stated Lordstown's "key strengths and strategy" included the following:

*Near-production-ready plant to build electric vehicles and strategic location. **The Lordstown Complex is a former GM assembly plant that is in a near-production-ready state, with manufacturing lines and equipment already in place**. Lordstown benefits from the industry leading machinery and equipment in the Lordstown Complex that has been serviced and maintained using best practices. Consequently, the Lordstown Complex provides Lordstown with a modern manufacturing complex with a recent history of producing a high volume of conventional vehicles. It is strategically located in Lordstown, Ohio, in close proximity to the major interstate highway between Cleveland, Ohio, and Pittsburgh, Pennsylvania. Lordstown, Ohio, and the surrounding area is home to a highly trained workforce with experience working in the Lordstown Complex and manufacturing vehicles. Lordstown believes that the Lordstown*

Complex and its location provide advantages from both a time and cost perspective as it aims to commence production in 2021.

*The Endurance has a unique and efficient design with proven technology.* The technology and engineering developed by Lordstown to date have led to an operational prototype vehicle that is being tested to meet commercial fleets' performance standards. ***The design of the Endurance features in-wheel hub motors, which eliminate the need for many parts found in both traditional and existing electric vehicles. As a result, Lordstown believes that the Endurance will have among the fewest moving parts of any highway-capable production vehicle ever produced. Lordstown believes this design will also improve performance, range, and safety while meaningfully reducing total cost of ownership due to lower operating and maintenance costs.*** As a result, Lordstown expects the total cost of ownership of the Endurance to be significantly lower than comparable internal combustion engine vehicles.

66.     The proxy statement further stated with regard to the Company's flagship Endurance product that:

> ***Lordstown's use of in-wheel hub motors, together with the Endurance's proprietary software, is expected lead to better traction and handling, making it an ideal vehicle for fleet operators. The Endurance will have a unique design with the use of electric in-wheel hub motors and a proprietary battery configuration.*** With this design, Lordstown believes that the Endurance will have among the fewest moving parts of any highway-capable production vehicle ever produced and will have a total cost of ownership that is significantly lower than comparable pickup trucks that are currently commercially available.

67.     The above statements were false and misleading because: (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not "accomplished" the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; and (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

-24-

68.     Additionally, the above statements concerning Lordstown's purported "proprietary software" and "proprietary battery configuration" were false and misleading because: (i) the hub wheel technology was not proprietary, but was licensed from a small Slovenian company Elaphe; and (ii) Lordstown had no proprietary battery configuration and no battery specific patents, but instead intended to rely on Tesla's open-source patents from the Model 3.

69.     On October 23, 2020, Lordstown and DiamondPeak announced the closing of the business combination, and that beginning on October 26, 2020, Lordstown shares would commence trading on NASDAQ under the symbol "RIDE," with Lordstown warrants trading under the symbol "RIDEW."

70.     In this announcement, Defendant Burns stated:

> We are proud of this momentous occasion. Electrification of the automotive industry is at an inflection point, and this transaction helps us play our part in this transformation . . . At Lordstown, we have built a differentiated company, and we look forward to combining our EV startup culture with the infrastructure and assets we already have in place in order to successfully achieve our production milestones.

> Lordstown Motors, which unveiled the prototype of its flagship Endurance pickup truck in June 2020, *remains on pace to commence commercial production in the second half of 2021 at its plant in Lordstown, Ohio. The Endurance's revolutionary use of an in-wheel hub motor design is expected to deliver superior performance, efficiency, and safety, while providing a significant reduction in total cost of ownership for commercial fleet owners. We have a near production-ready plant* and approximately $675 million in proceeds from this transaction, which is more than enough funding to get us through initial production.

71.     The above statements were materially false and misleading when made and/or failed to disclose: (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) the hub motor technology that formed the basis for the

drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out; (iv) Lordstown was not "on pace" to commence commercial production in the second half of 2021; and (v) the Lordstown plant was not "near production-ready."

72.     On November 16, 2020, Lordstown issued a press release providing a business update. In this release, Lordstown announced that it "Remains on Track to Begin Production of the Lordstown Endurance in September 2021." In this release, Lordstown detailed several "[n]otable developments," including:

> •      **Lordstown Motors has received approximately 50,000 non-binding production reservations** from commercial fleets for its Lordstown all- electric pickup truck, with an average order size of approximately 500 vehicles per fleet. This figure does not capture interest the company has received from organizations that are not in position to be able to place pre- orders, such as federal, state and municipal governments, and military fleets. Deliveries of the Lordstown Endurance are expected to begin in September 2021, with full production ramping up throughout 2022.

> •      **Lordstown Motors is currently building and testing Alpha 2 prototypes of the Endurance**, incorporating learnings from the successful Alpha 0 prototype vehicle, as the company continues to prove out its technology. Lordstown Motors is also preparing to build its Beta series prototypes beginning in early 2021 using the production lines at the Lordstown, Ohio plant. The company expects to produce 40 to 50 Beta prototype vehicles, which will be used for crash, engineering and validation testing. The company also expects some of these vehicles may be sent to some initial customers for their feedback. The Lordstown Endurance has already achieved a 5-Star crash test rating via software crash simulation.

> •      **Lordstown Motors expects to increase its internal headcount  to 500 individuals by the end of 2020 and to 1,500 employees by the end of 2021.** The company currently employs more than 250 individuals in the areas of manufacturing, engineering, marketing, sales, facilities, human resources, IT, supply chain, accounting and finance. These employees are engineering the Endurance and preparing the plant for mass production. Lordstown Motors has also engaged approximately 150 contractors. Individuals interested in careers with Lordstown Motors Corp. can click here.

- **This week, Lordstown Motors will officially open a satellite research and development center in Farmington Hills, Michigan**. This facility will include space for vehicle inspection and benchmarking, as well as labs for testing, validation and prototyping. Lordstown Motors understands that automotive engineering talent in the Detroit area is world-renowned and, with this new R&D Engineering Center, expects to access the deep automotive engineering talent pool and numerous automotive supplier partners that exist in the region.

- **Later this month, Lordstown Motors will open a service center in Irvine, California, in what will be its first service center outside of Ohio**. The facility, combined with the company's mobile service, will enable Lordstown Motors to service commercial users in the southern California region. The company has chosen California as the location for its first service center outside of Ohio due to the favorable regulatory backdrop in the state, which is aggressively promoting more widespread adoption of electric vehicles.

- **Construction has begun on a 700,000 square foot battery pack and hub motor production facility at Lordstown Motors' 6.2 million square foot Ohio headquarters.** Completion of the first stage of this facility is expected in time for Start of Production of the Endurance in 2021. When completed, Lordstown Motors expects the facility to be one of the largest of its kind in the United States.

73. The above statements were materially false and misleading when made and/or failed to disclose: (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; and (iii) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

74. On January 11, 2021, Lordstown issued a press release announcing that it had "surpasse[d] 100,000 pre-orders for the Lordstown Endurance." In this release, Defendant Burns stated: "[r]eceiving 100,000 pre-orders from commercial fleets for a truck like the Endurance is unprecedented in automotive history . . . . Adding in the interest we have from federal, state,

municipal and military fleets on top of that, I think you can see why we feel that we are about to revolutionize the pickup truck industry." This press release further provided that "Lordstown is now building the first Beta Endurance vehicles and is on track for start of production in September of this year."

75.     The above statements were materially false and misleading when made and/or failed to disclose: (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not accomplished the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; and (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

76.     On January 28, 2021, Lordstown issued a press release providing business updates, and stating that the Company was "Prepar[ing] Ohio Factory to Begin Building Betas Next Month." Defendant Burns stated that "[w]e are hard at work in the factory preparing to begin Beta builds in the coming weeks," and that "[w]ith this step on the horizon, we remain on track to meet our September start-of-production timeline while continuing to see indicators of strong demand for an all-wheel drive, full-size electric pickup truck with 250 miles of range from commercial, government and military fleets."  Among the "[n]otable developments" stated by Lordstown were:

> • **"Lordstown Motors has initiated the metal stamping and welding for the first 57 Endurance Beta prototypes of the Endurance and expects to complete the first Beta vehicles on schedule in March.** The Beta series prototypes will be used for crash, engineering and validation testing. The company also expects some of these vehicles may be sent to some initial customers for

their feedback. The Lordstown Endurance has already achieved a 5-Star crash test rating via software crash simulation;"

• **"Lordstown Motors has added to its long-term, high-quality battery cell supply chain.** Lordstown Motors recently signed a multi-year supplier agreement with LG Energy Solution, a global leader in battery cell technology, broadening Lordstown Motors' high-quality, diverse battery cell supply chain that will power the Endurance for years to come.;"

• **"Evaluation of the first Camping World / Lordstown Endurance Service Centers continues.** In addition to Lordstown Motors-owned service centers, such as the newly opened facility in Irvine, California, the company is continuing its review of plans to utilize Camping World's extensive footprint and service expertise to ensure nationwide service coverage for all Lordstown vehicles;"

• **"The Lordstown Motors Electric Van is in development with plans to be unveiled in June and production starting in the second half of 2022.** Based on the Endurance platform, the van will utilize hub motors to achieve all-wheel drive and low ground clearance, and have a class-leading range. An initial use case of the van will be as the world's first production all-electric RV, produced in partnership with Camping World. The van will be priced competitively with comparable internal combustion-based vans;"

• **"Lordstown Motors has been added to the United States General Services Administration listing**, the first step towards being able to sell to government fleets. With this step complete, the company has started its outreach to state and local government entities, including the U.S. Military. The company believes these markets represent a significant opportunity for  the Endurance and follow-on products;" and

• **"Construction continues on an 800,000 square foot propulsion renovation at Lordstown Motors' 6.2 million square foot Ohio headquarters.** Completion of the first stage of the previously announced facility, which will house production lines for advanced battery packs and hub motors, is expected in time for the planned start of production of the Endurance in 2021. When completed, Lordstown Motors expects the facility to be one of the largest of its kind in the United States."

77.     The above statements were materially false and misleading when made and/or failed to disclose:  (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated;

(ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not accomplished the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; and (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

78.     The above statements that the Lordstown Endurance had "already achieved a 5-Star crash test rating via software crash simulation" were false and misleading when made and otherwise failed to disclose that on January 13, 2021, the Endurance spontaneously combusted during its first road test.

79.     On February 17, 2021, Lordstown issued a press release announcing that it had entered the Endurance Beta skateboard in the 2021 SCORE International San Felipe 250, part of the SCORE World Desert Championship race series. In this release, the Company stated that "[a]fter successful prototype and Alpha builds, Lordstown is now building the first Beta Endurance vehicles and is on track for start of production in September of this year."

80.     The above statements were materially false and misleading when made and/or failed to disclose:  (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not accomplished the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development,

production and roll-out; and (v) on January 13, 2021, the Endurance spontaneously combusted into flames during its road test.

81.     On February 23, 2021, in an interview with Yahoo! Finance Live, Defendant Burns stated: "[o]ur initial foray is into fleets, and we have pre-sold 100,000 of these vehicles to various fleets across America – really a big appetite." He continued: "[y]ou've got a fleet using a 17-mile per gallon pickup truck for the last 30 years and we come out with one that gets the equivalent of 75 miles per gallon. There is a lot of demand and excited about it."3 This article further provided that Defendant "Burns said production for the Endurance will begin in September. That will make the Endurance the first all electric pickup truck on the market."

82.     The above statements were materially false and misleading when made and/or failed to disclose:  (i) thousands of Lordstown's claimed Endurance pre-orders were fabricated; (ii) Defendants had paid a consulting firm $50 per lead to generate pre-orders and artificially stimulate demand for the Endurance; (iii) Lordstown had not accomplished the major innovation of implementing hub motor technology, but instead purchased the technology from a Slovenian company because it was inexpensive; and (iv) the hub motor technology that formed the basis for the drivetrain of the Endurance was subject to significant undisclosed execution risk in development, production and roll-out.

## VI.    THE TRUTH EMERGES THROUGH A SERIES OF PARTIAL CORRECTIVE DISCLOSURES

83.     On February 12, 2021, less than four months after the business combination closed, Morgan Stanley analyst Adam Jonas initiated coverage on Lordstown and publicly questioned Defendants' statements concerning the commercial viability of hub motor technology.

---

[3]     https://finance.yahoo.com/news/lordestown-motors-ceo-we-have-pre-sold-100000-electric-pickup-trucks-174316742.html (last visited March 15, 2021).

Specifically, Jonas remarked that Lordstown's "radical" new hub motor technology "has never been commercialized" and "following a series of channel checks on the propulsion tech, we believe investors would be exposed to significantly elevated execution risk." Jonas assigned Lordstown an overweight rating with a price target of $18. On this news, the price of Lordstown's common stock decreased from 13.34% per share, or $3.84, from $30.75 on February 11, 2021 to close at $26.91 on February 12, 2021.

84.     On March 12, 2021, shortseller analyst firm Hindenburg released a report entitled "The Lordstown Motors Mirage: Fake Orders, Undisclosed Production Hurdles, And A Prototype Inferno." Among other things, the report revealed, based on interviews with employees, experts and analysts:

- The owner of a 2-person startup placing a 1,000-truck order representing $52.5 million in sales confirmed his company would not order any vehicles, instead claiming it was a mere marketing relationship;

- Another company that placed a 500-truck pre-order confirmed the "letters of interest are non-binding. It's not like you'd obligate yourself to a pre-order or that you would contractually bind yourself to buying this truck. That's not what they are;"

- Similarly, a former Lordstown sales representative was quoted as saying "there's no such thing as a preorder. What they're doing is getting letters of intent and there is no commitment whatsoever;"

- The company placing a 14,000-truck order representing $735 million in sales was based out of a residential apartment in Texas that does not operate a vehicle fleet;

- A consulting group called Climb2Glory was paid by Defendant Burns to generate pre-orders;

- In January 2021, Lordstown's first street road test resulted in the vehicle bursting in to flames 10 minutes into the test drive;

- The Company had built fewer than 10 prototypes to date;

- Lordstown was at least 3-4 years away from beginning production due to extensive delays and drastic design modifications;

- As of March 2021, Lordstown had failed to complete any testing or validation as required by the NHTSA or FMVSS; and

- Contrary to Defendants' representations, Lordstown's battery packs would not be manufactured in-house and were months away from arriving and were built by hand.

85.     On this news, the price of Lordstown common stock fell approximately 16.5% in one day, down from its March 11, 2021 closing price of $17.71 to a March 12, 2021 close of just $14.78, costing investors hundreds of millions of dollars in market value.

86.     On March 17, 2021, after trading had closed, the Company conducted its first quarter 2021 earnings call on which Defendant Burns disclosed that Lordstown had received an inquiry from the SEC.  On this news, the stock fell approximately another 9%, from $15.09 per share on March 15, 2021 to close at $13.01 per share on March 17, 2021.

87.     Finally, on March 24, 2020, during the trading day, Hindenburg published additional photographs of the Endurance EV truck after it broke down and had to be loaded on to a tow truck during the filming of a commercial that had been aired just days prior to the business combination.  On this news, the price of Lordstown's common stock declined $1.21 per share.

## VII.  CLASS ACTION ALLEGATIONS

88.     Plaintiff brings this action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of itself and other members of the Class consisting of all persons and entities that purchased or otherwise acquired Lordstown securities from August 3, 2020 through March 24, 2021, inclusive, and were damaged thereby.  Excluded from the Class are Defendants, directors and officers of the Company, as well as their families and affiliates.

89.     The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  Throughout the Class Period, Lordstown securities were actively traded on the NASDAQ stock exchange.  While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes there are thousands of members in the proposed Class.

90.     There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

a.   Whether Defendants violated the Exchange Act;

b.   Whether Defendants omitted and/or misrepresented material facts;

c.   Whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

d.   Whether Defendants knew or recklessly disregarded that their statements were false and misleading;

e.   Whether the price of the Company's shares was artificially inflated; and

f.   The extent of damage sustained by Class members and the appropriate measure of damages.

91.     Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct alleged herein.

92.     Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests that conflict with those of the Class.

93.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## VIII. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER

94.     As alleged herein, numerous facts collectively give rise to a strong inference that all Defendants acted with scienter in that they knew or disregarded with deliberate recklessness that the public documents and statements they issued and disseminated throughout the Class Period were materially incomplete, false and misleading, and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements.

95.     As set forth herein in detail throughout this Complaint, Defendants, by virtue of their receipt and knowledge of information reflecting the true facts regarding Lordstown's operations and business, their control over, and/or receipt and/or modification of Resideo's false and misleading misstatements and/or their positions within the Company which made them privy to confidential proprietary information concerning Lordstown's operations, knowingly or recklessly participated in the fraudulent scheme alleged herein.

## IX. FRAUD ON THE MARKET

96.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine that, among other things:

     a.  Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

     b.  The omissions and misrepresentations were material;

     c.  The Company's securities traded in efficient markets;

     d.  The misrepresentations alleged herein would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

     e.  Plaintiff and other members of the class purchased the Company's securities between the time Defendants misrepresented or failed to disclose material facts and the time that the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

97.     At all relevant times, the markets for the Company's securities were efficient for the following reasons, among others: (i) the Company filed periodic public reports with the SEC; and (ii) the Company regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures such as communications with the financial press, securities analysts, and other similar reporting services. Plaintiff and the Class relied on the price of the Company's securities, which reflected all information in the market, including the misstatements by Defendants.

## X.     NO SAFE HARBOR

98.     The statutory safe harbor provided for forward-looking statements under certain conditions does not apply to any of the allegedly false statements pleaded in this Complaint. The specific statements pleaded herein were not identified as forward-looking statements when made.

99.     To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

## XI.    LOSS CAUSATION

100.    On February 12, 2021, less than four months after the business combination closed, Morgan Stanley analyst Adam Jonas initiated coverage on Lordstown and publicly questioned Defendants' statements concerning the commercial viability of hub motor technology. Specifically, Jonas remarked that Lordstown's "radical" new hub motor technology "has never been commercialized" and "following a series of channel checks on the propulsion tech, we believe investors would be exposed to significantly elevated execution risk." Jonas assigned Lordstown an overweight rating with a price target of $18. On this news, the price of Lordstown's common

stock decreased from 13.34% per share, or $3.84, from $30.75 on February 11, 2021 to close at $26.91 on February 12, 2021.

101.    Before the markets opened on March 12, 2021, analyst Hindenburg Research published its report on Lordstown as alleged herein. On this news, the price of Lordstown common stock fell approximately 16.5% in one day, down from its March 11, 2021 closing price of $17.71 to a March 12, 2021 close of just $14.78. This represents hundreds of millions of dollars in lost market capitalization.

102.    On March 17, 2021, after trading had closed, the Company held an earnings call on which Defendant Burns disclosed that Lordstown had received an inquiry from the SEC. On this news, the stock fell approximately another 5% in aftermarket trading.

103.    These revelations contradicted statements made by Defendants during the Class Period, and revealed information omitted by Defendants during the Class Period, and were thus a causal element of the concurrent decline in the Company's share price.

### Count One
### Violations of § 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder
#### (Against All Defendants)

104.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

105.    During the Class Period, Defendant Lordstown and the Individual Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading.

106.    Defendant Lordstown and the Individual Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 in that they (i) employed devices, schemes, and artifices to defraud;

-37-

(ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon those who purchased or otherwise acquired the Company's securities during the class period.

107.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's shares. Plaintiff and the Class would not have purchased the Company's shares at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

## Count Two
### Violation of § 20(a) of the Exchange Act
### (Against the Individual Defendants)

108.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

109.    The Individual Defendants acted as controlling persons of the Company within the meaning of § 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions at the Company, the Individual Defendants had the power and authority to cause or prevent the Company from engaging in the wrongful conduct complained of herein.   The Individual Defendants were provided with or had unlimited access to the documents described above that contained statements alleged by Plaintiff to be false or misleading both prior to and immediately after their publication, and had the ability to prevent the issuance of those materials or to cause them to be corrected so as not to be misleading.

**Count Three**
**Violation of §20A of the Exchange Act**
**(Against Defendants Schmidt, Rodriguez, Brown and Post)**

110.     Plaintiff repeats, incorporates, and realleges each and every allegation set forth above as if fully set forth herein.  As set forth in the paragraphs above, and as further set forth below, Defendants Schmidt, Rodriguez, Brown and Post each committed underlying violations of Section 10(b) and Rule 10b-5 thereunder by selling Lordstown common stock while in possession of material nonpublic information about the Company and, consequently, are liable to contemporaneous purchasers of that stock under Section 20A of the Exchange Act.  See 15 U.S.C § 78t-1(a).

111.     Each of Defendants Schmidt, Rodriguez, Brown and Post possessed material nonpublic information when they sold shares on or about February 4, 2021.  In total, these Defendants collectively sold 249,820 shares of Lordstown common stock for proceeds of $8,597,813.00.

112.     Simply put, Defendants Schmidt, Rodriguez, Brown and Post created, controlled and/or served in an executive capacity at Lordstown, possessed nonpublic knowledge about Lordstown's operations that they knew or recklessly disregarded would cause the Company's share price to fall when publicly disclosed, and cashed out of significant holdings at inflated prices before the nonpublic information was revealed.  In fact, these Defendants were able to sell their shares at prices of between $24.63 and $27.21 per share, as opposed to the $11.38 per share closing price on March 24, 2021 following the final corrective disclosure related to the nonpublic information at issue here.

113.     Due to Schmidt, Rodriguez, Brown and Post's conduct in selling shares while in possession of material nonpublic information, which is a violation of Section 10(b) and Rule 10b5 thereunder, they are each liable under Section 20A of the Exchange Act to all Class members who

purchased Lordstown's common stock at inflated prices contemporaneously with these sales, including Plaintiff FNY Managed Accounts LLC.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)  determining that this action is a proper class action pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the Class as defined herein, and a certification of Plaintiff as class representative pursuant to Rule 23 of the Federal Rules of Civil Procedure and appointment of Plaintiff's counsel as Lead Counsel;

(b)  awarding compensatory and punitive damages in favor of Plaintiff and the other class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest thereon;

(c)  awarding Plaintiff and other members of the Class their costs and expenses in this litigation, including reasonable attorneys' fees and experts' fees and other costs and disbursements; and

(d)  awarding Plaintiff and the other Class members such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action of all issues so triable.

Dated: May 14, 2021

Respectfully submitted,

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
William K. Flynn (0029536)
STRAUSS TROY CO., LPA
150 East 4th Street, #4
Cincinnati, Ohio 45202
Telephone:  (513) 629-9472

*Liaison Counsel for Plaintiff FNY Managed Accounts LLC*

ENTWISTLE & CAPPUCCI LLP
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone:  (512) 710-5960

-and-

ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone:  (212) 894-7200

*Attorneys for Plaintiff FNY Managed Accounts LLC*